**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BERN A. MORTBERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:13cv224 |
| | § | Judge Clark/Judge Mazzant |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY, AS INDENTURE TRUSTEE | § | |
| OF THE AAMES MORTGAGE | § | |
| INVESTMENT TRUST 2005-1, | § | |
| OCWEN LOAN SERVICING, LLC, and | § | |
| BARRETT DAFFIN TURNER & ENGEL, | § | |
| LLP, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 29, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss [Doc. #4] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant Barrett Daffin Frappier Turner & Engel, LLP's

Motion to Dismiss for Failure to State a Claim [Dkt. #4] is **GRANTED** and Barrett Daffin Turner & Engel, LLP is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **3** day of **July, 2013.**

_____
Ron Clark, United States District Judge